**KOCH ENGINEERING COMPANY, INC. and Sulzer Brothers Limited, Plaintiffs–Appellees,**

v.

**GLITSCH, INC. (now known as Tray, Inc.), Gilbert K. Chen, and Jer–Hsiung Shieh, Defendants–Appellants.**

No. 02–1336.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2003.

*ORDER*

This cause came on to be heard on Appellants' Motion to Dismiss Appeal, all matters in controversy between the parties having been compromised and settled,

IT IS ORDERED THAT:

The appeal is dismissed, each party to bear its own costs.